JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 375 -- IN RE MAGIC MARKER CORPORATION SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 1/15/79 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE, EXHIBITS A through O -- Movants Hornblower, Weeks, Noyes and Trask Inc.<br>SUGGESTED TRANSFEREE COURT: E.D. Pennsylvania<br>SUGGESTED TRANSFEREE JUDGE: (cds) |
| 1/18/79 | 2 | JOINDER IN MOTION FILED BY HORNBLOWER, WEEEKS, NOYES AND TRASK, INC. from ARNOLD BERNHARD & CO., INC. w/cert svc. (rew) |
| 1/18/79 | 3 | JOINDER IN MOTION FILED BY HORNBLOWER, WEEKS, NOYES AND TRASK, INC. from ALBERT FRIED & CO. w/cert svc. (rew) |
| 1/22/79 | 4 | JOINDER IN MOTION -- Magic Marker Corp. and Ira Ingerman, w/cert. of svc. (ea) |
| 1/22/79 | 5 | JOINDER IN MOTION -- Def. Bache Halsey Stuart Shields Inc. -- w/cert. of service (cds) |
| 1/25/79 |  | SUPP. CERT. OF SERVICE -- Magic Marker Corp. (attached to Pleading #4) (cds) |
| 1/25/79 | 6 | JOINDER IN MOTION -- Def. Shearson Haydon Stone Inc. -- w/cert. of service (cds) |
| 1/25/79 |  | APPEARANCES: BERTHOLD HOENIGER, ESQ. FOR A. W. Jones Co., A. W. Jones & Assoc., Hedged Investors, N.V.; SHERRIE R. SAVETT, ESQ. FOR J. L. Wolgin, Joseph and Eleanor Altchek; LEONARD BARRACK, ESQ. FOR Sidney Kampel; JOHN F. McCARTHY, III, ESQ. FOR Jerrold & Yiddy Bloom; ROBERT S. LAMER, JR., ESQ. FOR First Ala. Sec., Inc.; WALTER PHILLIPS, JR., ESQ. FOR Albert London & Co., and Albert London; NEIL G. EPSTEIN, ESQ. FOR Magic Marker Corp., Ira Ingerman; GEORGE GRUMBACH, JR., ESQ FOR Albert Fried & Co.; JOSEPH BERL, ESQ. FOR Arnold Bernhard & Co., Inc.; RUSSEL BEATIE, JR., ESQ. FOR Bache Halsey Stuart Shields Inc.; PETER GREENBERG, ESQ FOR Shearson Hayden Stone, Inc., and H. Hentz & Co., Inc.; LAWRENCE M. HANDELSMAN, ESQ. FOR Casa Bella Imports, Inc. and Import Center, Inc.; THOMAS RUTTER, ESQ. FOR Joseph Patrick (cds) |
| 1/26/79 |  | AMMENDED CERT. OF SERV. FOR PLDG #3 -- Albert Fried & Co. cs |
| 1/30/79 |  | APPEARANCE: ARNOLD LEVIN, ESQ. FOR Sophia Sherman (cds) |
| 1/30/79 | 7 | RESPONSE -- Class Action Plaintiffs E.D.Pa. -- w/cert. of service (cds) |
| 1/30/79 | 8 | RESPONSE (To Pldg. Nos. 3, 4, 5 and 6) -- Class Action Plaintiffs E.D.Pa. -- w/cert of serv. (cds) |
| 1/30/79 | 9 | RESPONSE/MEMORANDUM -- Class Action Plaintiffs E.D. Pa. -- w/cert. of service (cds) |
| 1/30/79 | 10 | RESPONSE, MEMORANDUM, ADDENDUM A through D -- A. W. Jones Co., A. W. Jones & Associates and Hedged Investors, N.V -- w/cert. of service (cds) |

JPML FORM 1A - Continuation     DOCKET ENTRIES -- p.____

DOCKET NO. ___ -- _____

| Date | Ref | Pleading Description |
|---|---|---|
| 2/5/79 | 11 | JOINDER IN MOTION -- London and London & Co., w/cert. of svc. (ea) |
| 2/6/79 |  | EXTENSION OF TIME -- movant Hornblower, Weeks, Noyes & Trask, Inc. -- GRANTED to and including 2/16/79.(ea) |
| 2/8/79 |  | APPEARANCE -- James W.B. Benkard. Esq. for Smith, Barney, Harris, Upham & Co., Inc. (ea) |
| 2/16/79 | 12 | REPLY MEMORANDUM -- Hornblower, Weeks, Noyles & Trask w/cert.of svc. (ea) |
| 2/16/79 | 13 | REPLY MEMORANDUM -- Shearson Hayden Stone, Inc. w/cert. of svc. (ea) |
| 2/20/79 |  | HEARING ORDER -- Setting A-1 through A-7 for hearing on March 23, 1979 in N.D. California (cds) |
| 2/28/79 | 14 | LETTER/RESPONSE -- Pltf. A.W.Jones, et al., signed by Berthold H. Hoeniger, Esq. dated 2/26/79. (ea) |
| 3/6/79 |  | AMENDMENT TO HEARING ORDER -- Correcting the hearing order in the Charney and Litt actions filed on 2/20/79 (emh) |
| 3/16/79 |  | WAIVER OF ORAL ARGUMENT -- All parties (cds) |
| 3/19/79 | 15 | LETTER -- Shearson Hayden Stone, Inc. & H. Hentz & Co. -- w/service (emh) |
| 5/10/79 |  | OPINION AND ORDER filed today denying transfer of litigation pursuant to 28 U.S.C. §1407. (ea) Notified involved counsel, judges, clerks, recipients, and publishers. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 375 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MAGIC MARKER SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/23/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/10/79 | O&O Denying transfer | 470 F.Supp. 862 | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 375 -- IN RE MAGIC MARKER SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Maurice M. and Hanna K. Charney v. Yiddy Bloom, et al. | ~~S.D.N.Y.~~ ~~Duffy~~ Pa.,E. | ~~77 Civ. 4707~~ 78-953 (KTD) | | trans. Pa.,E. con. w/77-3155 | | |
| A-2 | Arthur A. Litt v. W. Eric Aiken, et al. | ~~S.D.N.Y.~~ ~~Conner~~ Pa,E | ~~77 Civ. 5409~~ 78-903 (WCC) | | | | |
| A-3 | A. W. Jones Company, et al. v. Jay Teitelbaum, et al. | S.D.N.Y. Gagliardi | 78 Civ. 0303 (LPG) | | | | 5/10/79 5/10/79 |
| A-4 | J. L. Wolgin, et al. v. Magic Marker Corporation, et al. | E.D. Pa. Luongo | 77-3155 | | all Pa.,E. actions con. w/77-3155 | | |
| A-5 | Sophie Sherman, et al. v. Magic Marker Corporation, et al. | E.D. Pa. Luongo | 77-3632 | | | | |
| A-6 | Sidney Kampel, et al. v. Magic Marker Corporation, et al. | E.D. Pa. Luongo | 77-3592 | | | | |
| A-7 | Enid Waldman, et al. v. Magic Marker Corporation, et al. | E.D. Pa. Luongo | 77-4416 | | | 3/17/78 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 375 -- IN RE MAGIC MARKER CORPERATION SECURITIES LITIGATION

---

MAURICE M. AND HANNA K. CHARNEY (A-1)
I. Stephen Rabin, Esq.
Rabin & Silverman
80 Broad Street
New York, New York   10004

ARTHUR A. LITT (A-2)
Ira Jay Sands, Esq.
515 Madison Avenue
New York, New York 10022

A. W. JONES, ET AL. (A-3)
Berthold H. Hoeniger, Esq.
Bailey, Marshall, Hoeniger & Freitag
345 Park Avenue
New York, New York   10022

J. L. WOLGIN, ET AL. (A-4)
Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania   19103

SOPHIE SHERMAN, ET AL.  (A-5)
Arnold Levin, Esq.
Alder, Barish, Daniels, Levin
  & Creskoff
2nd Floor, Rohm & Haas Building
Sixth and Market Streets
Philadelphia, PA   19103

SIDNEY KAMPEL, (A-6)
Leonard Barrack, Esq.
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, PA   19103

ENID WALDMAN, ET AL. (A-7)
Steven M. Kramer, Esq.
1000 Penn Mutual Tower
510 Walnut Street
Philadelphia, PA   19106

JERROLD BLOOM
YIDDY BLOOM
John F. McCarthy, III, Esq.
1800 M Street, N.W.
South Lobby, Suite #825
Washington, D. C.   20036

FIRST ALABAMA SECURITIES, INC.
Robert S. Lamar, Jr., Esq.
Ball, Ball, Duke & Matthews, P.A.
P. O. Drawer 2148
Montgomery, Alabama   36103

ALBERT LONDON
ALBERT LONDON & CO.
Walter M. Phillips, Jr., Esq.
2000 Two Penn Center Plaza
Philadelphia, PA   19102

MAGIC MARKER CORPORATION
IRA INGERMAN
Neil G. Epstein, Esq.
Goodman & Ewing
1700 Market Street
Philadelphia, PA   19103

ALBERT FRIED & COMPANY
George J. Grumbach, Jr., Esq.
Cleary, Gottlieb, Steen &
  Hamilton
One State Street Plaza
New York, New York   10004

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 375 -- IN RE MAGIC MARKER CORPORATION SECURITIES LITIGATION

---

| | |
|---|---|
| ARNOLD BERNHARD & CO., INC.<br>Joseph M. Berl, Esq.<br>Fortas and Koven<br>1200 - 29th Street, N.W.<br>Washington, D.C. 20007 | DELPHI CAPITAL CORP.<br>W. ERIC AIKEN<br>HARVEY BIRDMAN<br>CHARLES BIRKHOLZ<br>BERNARD CRONIN<br>JOSEPH DE LOGE |
| BACHE HALSEY STUART SHIELDS INC.<br>Russel H. Beatie, Jr., Esq.<br>Dewey, Ballantine, Bushby, Palmer & Wood<br>140 Broadway<br>New York, New York 10005 | BURTON DUBBIN<br>MYRON FREEMAN, a/k/a "MICKEY"<br>HARVEY KLEBANOFF, a/k/a Harvey Kaye<br>ROBERT KNOTH<br>STANLEY LEVIN<br>GERALD RAFFERTY<br>MICHAEL REKOON |
| SHEARSON HAYDEN STONE INC.<br>H. HENTZ & CO., INC.<br>Peter S. Greenberg, Esq.<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, PA 19102 | LAWRENCE RICHTER<br>ABRAHAM SALAMAN<br>JACK SILBIGER<br>ROBERT STREET<br>JOHN TEES<br>JAY TEITELBAUM<br>SHIELDS & COMPANY |
| CASA BELLA IMPORTS, INC.<br>IMPORT CENTER, INC.<br>Lawrence M. Handelsman, Esq.<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York 10006 | S. D. LUNT & CO.<br>WEIS VOISIN & CO., INC.<br>SHEARSON HAMMILL & CO., INC.<br>AMHERST SECURITIES CORP.<br>FLAKS ZASLOW & CO., INC.<br>HARRIS, UPHAM & CO. |
| JOSEPH PATRICK<br>Thomas B. Rutter, Esq.<br>872 Public Ledger Building<br>Independence Square<br>Philadelphia, PA 19106 | UNI-SHIELD CORPORATION<br>VALUE LINE COMPANY<br>NATIONAL STOCK EXCHANGE, INC.<br>SHIELDS, MODEL, ROLAND & CO., INC.<br>    Unable to determine counsel<br>    for the defendants listed<br>    above |
| HORNBLOWER, WEEKS, NOYES & TRASK INC.<br>John J. Phelan, Esq.<br>Lumbard and Phelan<br>One State Street Plaza<br>New York, New York 10004 | |
| SMITH BARNEY, HARRIS UPHAM & CO., INC.<br>James W. B. Benkard, Esq.<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York 10005 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 375 -- IN RE MAGIC MARKER CORPORATION SECURITIES LITIGATION

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | YIDDY BLOOM | A-1 A-2 A-4 A-5 A-7 |
| | DELPHI CAPITAL CORP. | A-1 A-2 A-4 A-5 A-6 A-7 |
| ✓ | CASA BELLA IMPORTS, INC. | A-1 A-2 A-4 A-5 A-7 |
| | W. ERIC AIKEN | A-1 A-2 A-3 A-4 A-5 |
| | HARVEY BIRDMAN | A-1 A-2 A-4 A-5 A-7 |
| | CHARLES BIRKHOLZ | A-1 A-2 A-4 A-5 A-7 |
| ✓ | JERROLD BLOOM | A-1 A-2 A-4 A-5 A-7 |
| | BERNARD CRONIN | A-1 A-2 A-4 A-5 A-7 |
| | JOSEPH DE LOGE | A-1 A-2 A-4 A-5 A-7 |
| | BURTON DUBBIN | A-1 A-2 A-4 A-5 A-7 |
| | MYRON FREEMAN, a/k/a Mickey | A-1 A-2 A-4 A-5 A-7 |

| | | |
|---|---|---|
| ✓ | IRA INGERMAN | A-1  A-2  A-3  A-4  A-5  A-6  A-7 ~~~~ |
| | HARVEY KLEBANOFF, a/k/a HARVEY KAYE | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | ROBERT KNOTH | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | STANLEY LEVIN | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| ✓ | ALBERT LONDON | A-1  A-2  A-3  A-4  A-5  A-7 ~~~~ |
| ✓ | JOSEPH PATRICK | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | GERALD RAFFERTY | A-1  A-2  A-3  A-4  A-5 ~~~~ A-7 |
| | MICHAEL REKOON | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | LAWRENCE RICHTER | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | ABRAHAM SALAMAN | A-1  A-2  A-4  A-5  A-7 ~~~~ |
| | JACK SILBIGER | A-1  A-2  A-4  A-5  A-7 ~~~~ |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 375 -- IN RE MAGIC MARKER CORPORATION SECURITIES LITIGATION

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| | ROBERT STREET | A-1 A-2 A-4 A-5 A-7 ~~A-8~~ |
| | JOHN TEES | A-1 A-2 A-4 A-5 A-7 ~~A-8~~ |
| | JAY TEITELBAUM | A-1 A-2 A-3 A-4 A-5 A-7 ~~A-8~~ |
| | SHIELDS & COMPANY | A-1 A-2 A-3 A-4 A-5 A-6 ~~A-8~~ |
| ✓ | MAGIC MARKER CORPORATION | A-1 A-2 A-3 A-4 A-5 A-6 A-7 ~~A-8~~ |
| ✓ | HORNBLOWER & WEEKS - ~~HEMPHILL~~, NOYES INC.  TRASK | A-1 A-2 A-3 A-4 A-5 A-6 A-7 ~~A-8~~ |
| ✓ | FIRST ALABAMA SECURITIES | A-1 A-2 A-4 A-5 A-6 A-7 ~~A-8~~ |
| | S. D. LUNT & CO. | A-1 A-2 A-4 A-5 A-6 A-7 ~~A-8~~ |
| ✓ | ALBERT FRIED & CO. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 ~~A-8~~ |
| | WEIS VOISIN & CO., INC. | A-1 A-2 A-4 A-5 A-6 |
| ✓ | H. HENTZ & CO., INC. | A-1 A-2 A-4 A-5 A-6 ~~A-8~~ |

p. 4

| | | |
|---|---|---|
| | SHEARSON, HAMMILL & CO., INC. | A-1 A-2 A-3 A-4 A-5 A-6 ~~A-8~~ |
| | AMHERST SECURITIES CORP. | A-1 A-2 ~~A-4~~ A-5 A-6 A-7 ~~A-8~~ |
| | FLAKS ZASLOW & CO., INC. | A-1 A-2 A-4 A-5 A-6 |
| | HARRIS, UPHAM & CO. INCORPORATION | A-1 A-8 |
| ✓ | ARNOLD BERNHARD & CO., INC. | A-1 A-3 ~~A-4~~ A-4 |
| ✓ | IMPORT CENTERS, INC. | A-2 A-4 A-5 A-8 A-7 |
| | SMITH, BARNEY, HARRIS, UPHAM & COMPANY | A-2 A-3 A-4 A-5 A-6 A-7 ~~A-8~~ |
| | UNI-SHIELD CORPORATION | A-2 A-4 A-5 |
| | VALUE LINE COMPANY | A-2 A-4 A-5 A-6 A-7 |
| ✓ | ALBERT LONDON & CO., Inc. | A-3 ~~A-4~~ |
| | NATIONAL STOCK EXCHANGE, INC. | A-3 ~~A-4~~ |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 375 --

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| ✓ | Shearson, Hayden & Stone | A-7 ~~A-8~~ A-4 |
| ✓ | Bache, Halsey & Stuart, Inc | A-7 |
| | Shields, Model, Roland & Co., Inc. | A-4 |